168 So. 902

**BIRMINGHAM GAS CO. v. John M. HILL.**

6 Div. 727.

Supreme Court of Alabama.

April 30, 1936.

Bradley, Baldwin, All & White, of Birmingham, for appellant.

A. Leo Oberdorfer and Morris Loveman, both of Birmingham, for appellee.

PER CURIAM.

Appeal dismissed on motion of appellant.

167 So. 916

**Ex parte BURGER–PHILLIPS CO.**

6 Div. 915.

Supreme Court of Alabama.

March 19, 1936.

London, Yancey, Smith & Windham, of Birmingham, for petitioner.

Wm. S. Pritchard and Jas. W. Aird, both of Birmingham, opposed.

THOMAS, Justice.

Petition of Burger-Phillips Company to review judgment of Court of Appeals in Ex parte Burger-Phillips Co., 167 So. 918 (6 Div. 949).

Writ denied.

ANDERSON, C. J., and BROWN and KNIGHT, JJ., concur.

168 So. 902

**In re W. A. DENSON, an Attorney.**

6 Div. 976.

Supreme Court of Alabama.

May 13, 1936.

PER CURIAM.

Writ denied.

168 So. 902

**I. T. DYCUS et al., Claimants, v. STATE.**

6 Div. 848.

Supreme Court of Alabama.

April 23, 1936.

PER CURIAM.

Appeal dismissed by agreement.

167 So. 916

**A. H. ETHEREDGE v. B. I. MONCRIEFF.**

2 Div. 60.

Supreme Court of Alabama.

March 19, 1936.

F. E. Poole, of Grove Hill, for appellant.

J. Paul Jones, of Linden, for appellee.

PER CURIAM.

Appeal dismissed for want of prosecution.